**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RHONDA L. SMITH,

        Petitioner

        v.

JODIE NGUYEN A/K/A JODINE NGUYEN,

        Respondent

: No. 217 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.